UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JON MICHAEL WALLACE,<br><br>        Defendant. | Case No. 1:08-CR-341-BLW<br><br>**ORDER** |

Based upon the Motion of the Government (Dkt. 3), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Indictment in above-entitled matter be and hereby is DISMISSED, and the Warrant of Arrest is hereby QUASHED.

DATED: **December 20, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1